**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALFRED J. WADE,           }<br>       *Plaintiff*     }<br>v.                         }<br>                      }<br>HEWLETT-PACKARD DEVELOPMENT }<br>COMPANY L.P. SHORT TERM    }<br>DISABILITY PLAN F/K/A COMPAQ }<br>COMPUTER INTERNATIONAL     }<br>CORPORATION SHORT TERM     **}**<br>DISABILITY PLAN.           }<br>       *Defendant* | CIVIL ACTION NO. H-04-3532 |

**FINAL SUMMARY JUDGMENT**

On this day, November 8, 2005, in the action pending between Plaintiff, Alfred J. Wade, and Defendant, Compaq Computer Corporation Short-term Disability Plan, the court issued its Memorandum Opinion and Order that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

**ORDERS** that Plaintiff take nothing, and that Defendant, Compaq Computer Corporation Short-term Disability Plan, is awarded its costs.

SIGNED at Houston, Texas, this 8th day of November, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE